| | |
|---|---|
| Lindsey M. Romano (SBN: 337600)<br>Gordon Rees Scully Mansukhani, LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 875-4126<br>Facsimile: (415) 986-8054<br>Email: lromano@grsm.com<br>*Attorneys for Defendants*<br>*Wellpath, LLC., Christina Boets, M.F.T., and Taylor Fithian, M.D.* | Sanjay S. Schmidt (SBN 247475)<br>LAW OFFICE OF SANJAY S. SCHMIDT<br>1388 Sutter Street, Suite 810<br>San Francisco, CA 94109<br>T: (415) 563-8583<br>F: (415) 223-9717<br>e-mail: ss@sanjayschmidtlaw.com<br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHUE DOA YANG, individually, and MAI THAO YANG, individually,<br><br>   Plaintiffs,<br><br>vs.<br><br>COUNTY OF YUBA, a public entity; Correctional Sergeant SARBJIT SINGH KANDOLA, individually; Correctional Sergeant JEFFREY T. PALMER, individually; WELLPATH, LLC; CHRISTINA BOETS, M.F.T., individually; TAYLOR FITHIAN, M.D., individually; Nominal Defendant L.Y.., a minor, by and through his to-be-determined guardian ad litem, individually and as co-successor in interest to Decedent TONG YANG; Nominal Defendant NATALIE YANG, individually and as co-successor in interest to Decedent TONG YANG; Nominal Defendant NINA YANG, individually and as co-successor in interest to Decedent TONG YANG; Nominal Defendant KACIE YANG, individually and as co-successor in interest to Decedent TONG YANG; Nominal Defendant MIKE YANG, individually and as co-successor in interest to Decedent TONG YANG; Nominal Defendant DYLAN YANG, individually and as co-successor in interest to Decedent TONG YANG; Nominal Defendant DARREN YANG, individually and as co-successor in interest to | Case No.: 2:23-cv-00066-TLN-JDP<br><br>**ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>Date:   04/25/2023 |

| | |
|---|---|
| Decedent TONG YANG; and, DOES 1-50, jointly and severally, | ) ) |
| Defendants. | ) ) ) ) ) ) ) ) ) |

## ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby APPROVED.

IT IS HEREBY ORDERED that defendants Wellpath, LLC, Christina Boets, M.F.T., and Taylor Fithian, M.D., shall file their response to Plaintiffs' Complaint by June 12, 2023.

It is FURTHER ORDERED that, if the Wellpath Defendants elect to file any responsive pleading other than an Answer, the following briefing schedule shall apply: Plaintiffs shall have the same amount of time as the Wellpath Defendants' extension within which to file their opposition to any motion, i.e., 51-days (21-days from April 20, 2023, plus the thirty-day extension); and, the Wellpath Defendants' Reply to Plaintiffs' Opposition shall be due seven days after the filing of Plaintiffs' opposition.

IT IS SO ORDERED.

DATED: May 11, 2023

Troy L. Nunley
United States District Judge