Sanjay S. Schmidt (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

T. Kennedy Helm, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, California 94609
T: (510) 350-7517
F: (510) 350-7359
email: kennedy@helmlawoffice.com

***Attorneys for Plaintiffs***

Lindsey M. Romano  (SBN:  337600)
Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 875-4126
Facsimile:  (415) 986-8054
Email: lromano@grsm.com

***Attorneys for Defendants***
***Wellpath, LLC., Christina Boets, M.F.T.,***
***and Taylor Fithian, M.D.***

PORTER SCOTT
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Matthew W. Gross, SBN 324007
mgross@porterscott.com
Melissa Yoest, SBN 343313
myoest@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

***Attorneys for Defendants***
***County of Yuba, Sergeant Arbjit Singh***
***Kandola, and Sergeant Jeffrey T. Palmer***

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

CHUE DOA YANG, individually, and MAI THAO YANG, individually,

               Plaintiffs,

   vs.

COUNTY OF YUBA, a public entity;
Correctional Sergeant SARBJIT SINGH
KANDOLA, individually;
Correctional Sergeant JEFFREY T.
PALMER, individually; WELLPATH, LLC;
CHRISTINA BOETS, M.F.T., individually;
TAYLOR FITHIAN, M.D., individually;
Nominal Defendant L.Y.., a minor, by and

Case No.:  2:23-cv-00066-TLN-JDP

**STIPULATION AND ORDER FOR
FILING OF FIRST AMENDED
COMPLAINT AND RELIEVING
PLAINTIFFS FROM RESPONDING
TO MOTION TO DISMISS AS
MOOT (ECF NO. 20)**

1

through his to-be-determined guardian ad )
litem, individually and as co-successor in )
interest to Decedent TONG YANG; )
Nominal Defendant NATALIE YANG, )
individually and as co-successor in interest to )
Decedent TONG YANG; )
Nominal Defendant NINA YANG, )
individually and as co-successor in interest to )
Decedent TONG YANG; Nominal Defendant )
KACIE YANG, individually and as co- )
successor in interest to Decedent TONG) )
YANG; )
Nominal Defendant MIKE YANG, )
individually and as co-successor in interest to )
Decedent TONG YANG; Nominal Defendant )
DYLAN YANG, individually and as co- )
successor in interest to Decedent TONG )
YANG; )
Nominal Defendant DARREN YANG, )
individually and as co-successor in interest to )
Decedent TONG YANG; and, DOES 1-50, )
jointly and severally, )
)
                    Defendants. )
)

Plaintiffs CHUE DOA YANG, individually, and MAI THAO YANG, individually, ("Plaintiffs"), Defendants WELLPATH, LLC, CHRISTINA BOETS, M.F.T., and TAYLOR FITHIAN, M.D. (collectively referred to as the "Wellpath Defendants"), and Defendants COUNTY OF YUBA, SARBJIT SINGH KANDOLA, and JEFFREY T. PALMER, by and through their undersigned counsel of record, hereby represent to the Court and stipulate as follows:

The Parties have fruitfully met and conferred by email and phone regarding perceived pleading deficiencies in the Complaint, among other issues, which may be addressed once Defendants County has produced informal discovery, which it will do once the proposed stipulated protective order for confidential documents has been entered, and once Defendant Wellpath has produced further documents.

To allow time for Plaintiffs' counsel to review the informal production; to meet and confer further about it and any remaining perceived legal deficiencies in the Complaint; and to draft the First Amended Complaint, the Parties stipulate that, in lieu of responding to the motion to dismiss (ECF No. 20), since the First Amended Complaint will render it moot, the motion is hereby withdrawn and Plaintiffs may have until October 16, 2023, to file a First Amended Complaint.

1  The Wellpath Defendants shall file their response to Plaintiffs' First Amended Complaint

2  thirty days later. If the Wellpath Defendants elect to file any responsive pleading other than an

3  answer, the following briefing schedule will apply: Plaintiffs shall have thirty days from the filing

4  of the Wellpath Defendants' motion to file an Opposition. The Wellpath Defendants' Reply to

5  Plaintiffs' Opposition shall be due fourteen days after the filing of Plaintiffs' Opposition.

6  Given that Plaintiffs will file a First Amended Complaint, Plaintiffs need not file an

7  opposition to Defendant's Motion to Dismiss by August 16, 2023. (ECF No. 25).

8  IT IS SO STIPULATED AND AGREED.

9  Respectfully Submitted,

10

11  DATED:  August 16, 2023          LAW OFFICE OF SANJAY S. SCHMIDT
                                     -and-
12                                   HELM LAW OFFICE, PC

13

14                                   By:    /s/ Sanjay S. Schmidt
                                            Sanjay S. Schmidt
15                                          Attorneys for Plaintiffs

16  DATED:  August 16, 2023          GORDON REES SCULLY MANSUKHANI, LLP

17

18                                   By:    /s/ Lindsey M. Romano*
                                            Lindsey M. Romano
19                                          Attorneys for Defendants
                                            Wellpath, LLC., Christina Boets, M.F.T.,
20                                          and Taylor Fithian, M.D.

21  DATED:  August 16, 2023          PORTER SCOTT
                                     A PROFESSIONAL CORPORATION
22

23

24                                   By:    /s/ Matthew W. Gross*
                                            Carl L. Fessenden
25                                          Matthew W. Gross
                                            Melissa Yoest
26                                          Attorneys for Defendants
                                            County Of Yuba, Sergeant Arbjit Singh
27                                          Kandola, and Sergeant Jeffrey T. Palmer

28

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

## ORDER

GOOD CAUSE APPEARING THEREFOR, and the Parties having stipulated to the same, the Parties' stipulation is hereby APPROVED:

IT IS HEREBY ORDERED that Plaintiffs need not file a response to the motion to dismiss (ECF No. 20) on August 16, 2023, which will be rendered moot by the pending First Amended Complaint.

IT IS FURTHER ORDERED that Plaintiffs may have until October 16, 2023, to file a First Amended Complaint.

IT IS FURTHER ORDERED that the Wellpath Defendants shall file their response to Plaintiffs' First Amended Complaint thirty days later.

IT IS FURTHER ORDERED that, if the Wellpath Defendants elect to file any responsive pleading other than an answer, the following briefing schedule will apply: Plaintiffs shall have thirty days from the filing of the Wellpath Defendants' motion to file an Opposition. The Wellpath Defendants' Reply to Plaintiffs' Opposition shall be due fourteen days after the filing of Plaintiffs' Opposition.

**IT IS SO ORDERED.**

DATED:  August 17, 2023

Troy L. Nunley
United States District Judge