**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

**Grace Jun (SBN 287973)**
**GRACE JUN, ATTORNEY AT LAW**
501 West Broadway, Ste. 1480
San Diego, CA 92101
T: (310) 709-4012
e-mail: grace@gracejunlaw.com

**T. Kennedy Helm, IV (SBN 282319)**
**HELM LAW OFFICE, PC**
644 40th Street, Suite 305
Oakland, CA 94609
T: (510) 350-7517
F: (510) 350-7359
kennedy@helmlawoffice.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONG YANG, Decedent, by and through his successors in interest, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>COUNTY OF YUBA, et al.,<br><br>        Defendants. | Case No. 2:23-00066-TLN-JDP<br><br>**STIPULATION AND ORDER FOR THE FILING BY PLAINTIFFS OF A THIRD AMENDED COMPLAINT SUBSTITUTING IN CALIFORNIA FORENSIC MEDICAL GROUP, INC. FOR ONE PREVIOUSLY NAMED DOE DEFENDANT** |

Plaintiffs, Defendant COUNTY OF YUBA, Defendant ISMAEL RAMOS, Defendant CHRISTINA BOETS, MFT, and Defendant TAYLOR FITHIAN, MD ("the Parties"),[1] by and through their undersigned counsel of record, respectfully stipulate as follows:

Information that came to light after the bankruptcy proceedings of Defendant Wellpath, LLC, indicates that California Forensic Medical Group, Inc. ("CFMG") is a required party under

---

[1] The Parties to this stipulation do not include Defendant WELLPATH, LLC, based on its status in this case post-bankruptcy.

Stip. & Order for the filing of a Third Amended Complaint Re: CFMG, Inc.
*Yang, et al. v. County of Yuba, et al.*
Case No. 2:23-00066-TLN-JDP        1

Federal Rule of Civil Procedure 19(a), who should be substituted in for DOE Defendant 1. CFMG is a separate entity from Defendant WELLPATH, LLC.

Based on its status in this case after the conclusion of the bankruptcy proceedings, Defendant WELLPATH, LLC, is a nominal defendant that is not participating in this litigation. The parties, by and through their undersigned counsel, do not believe that it is necessary for Defendant WELLPATH, LLC, to be a signatory to this stipulation to add CFMG as a Defendant, pursuant to Federal Rules of Civil Procedure 15(a)(2) and 19(a), nor is it necessary for Defendant WELLPATH, LLC, to be a signatory to this stipulation to effectuate the other purposes of modifying the capacity in which Plaintiffs are asserting claims and removing Plaintiffs CHUE DOA YANG and MAI THAO YANG.

Additionally, in the proposed Third Amended Complaint, Plaintiffs L.Y., a minor, by and through his guardian ad litem, Kelly Yang, NATALIE YANG, NINA YANG, KACIE YANG, MIKE YANG, DYLAN YANG, and DARREN YANG are not going to assert individual claims of wrongful death under both California state law and the Fourteenth Amendment. These plaintiffs will only assert the survival claims belonging to Decedent TONG YANG as co-successors in interest to Decedent TONG YANG. Additionally, no claims will be asserted by Plaintiffs MAI THAO YANG and CHUE DOA YANG (whom counsel recently learned passed away). As such, MAI THAO YANG and CHUE DOA YANG will no longer be named Plaintiffs.

Lastly, the proposed Third Amended Complaint is updated in other respects to conform to the Court's ruling on the County Defendants' motion to dismiss.

**WHEREFORE,** to effectuate the foregoing, the Parties respectfully stipulate, pursuant to Federal Rule of Civil Procedure 15(a)(2), that Plaintiffs may file a Third Amended Complaint, which will: (1) identify California Forensic Medical Group, Inc., in place of DOE Defendant 1; (2) assert only the survival claims belonging to Decedent TONG YANG by Plaintiffs L.Y., a minor, by and through his guardian ad litem, Kelly Yang, NATALIE YANG, NINA YANG, KACIE YANG, MIKE YANG, DYLAN YANG, and DARREN YANG in their capacities as co-successors in interest; (3) remove CHUE DOA YANG and MAI THAO YANG as Plaintiffs; and

Stip. & Order for the filing of a Third Amended Complaint Re: CFMG, Inc.
*Yang, et al. v. County of Yuba, et al.*
Case No. 2:23-00066-TLN-JDP                    2

1  (4) otherwise update the complaint to conform to the Court's ruling on the County Defendants'
2  motion to dismiss.
3         IT IS SO STIPULATED AND AGREED.
4                                          Respectfully submitted,

5  DATED October 3, 2025                   LAW OFFICE OF SANJAY S. SCHMIDT,
                                           HELM LAW OFFICE, PC, and
6                                          GRACE JUN, ATTORNEY AT LAW

7
8                                          */s/ Sanjay S. Schmidt*
                                           By: SANJAY S. SCHMIDT
9                                          Attorneys for Plaintiffs

10 DATED October 3, 2025                   PORTER SCOTT
                                           A PROFESSIONAL CORPORATION
11
12                                         By  */s/ Matthew W. Gross**
                                           *Carl L. Fessenden*
13                                         *Matthew W. Gross*
                                           *Attorneys for Defendants*
14                                         *County Of Yuba and Ismael Ramos*

15
16 DATED October 3, 2025                   GORDON REES SCULLY
                                           MANSUKHANI
17
18                                         By  */s/ Kendra Stark**
                                           *Allison Becker*
19                                         *Lindsey Romano*
                                           *Kendra Stark*
20                                         *Attorneys for Defendants*
                                           *Wellpath, LLC, Christina Boets MFT, and Taylor*
21                                         *Fithian, M.D*

22
23 *Mr. Gross and Ms. Stark consented that this document be filed by CM/ECF.

24
25
26
27

Stip. & Order for the filing of a Third Amended Complaint Re: CFMG, Inc.
*Yang, et al. v. County of Yuba, et al.*
Case No. 2:23-00066-TLN-JDP                    3

**ORDER**

GOOD CAUSE APPEARING THEREFOR, and the Parties having stipulated to the same, the Parties' stipulation is hereby APPROVED.

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs may file a Third Amended Complaint, as set forth above in the Parties' stipulation.

**IT IS SO ORDERED.**

Dated: October 3, 2025

_____
Troy L. Nunley
Chief United States District Judge

Stip. & Order for the filing of a Third Amended Complaint Re: CFMG, Inc.
*Yang, et al. v. County of Yuba, et al.*
Case No. 2:23-00066-TLN-JDP                    4