**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

**Grace Jun (SBN 287973)**
**GRACE JUN, ATTORNEY AT LAW**
501 West Broadway, Ste. 1480
San Diego, CA 92101
T: (310) 709-4012
e-mail: grace@gracejunlaw.com

**T. Kennedy Helm, IV (SBN 282319)**
**HELM LAW OFFICE, PC**
644 40th Street, Suite 305
Oakland, CA 94609
T: (510) 350-7517
F: (510) 350-7359
kennedy@helmlawoffice.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONG YANG, Decedent, by and through his successors in interest, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF YUBA, et al., <br><br> Defendants. | ) **Case No. 2:23-cv-00066-TLN-JDP** <br> ) <br> ) **SECOND STIPULATION AND ORDER** <br> ) **TO AMEND SCHEDULING ORDER** <br> ) **(DKT. 66)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Plaintiffs, Defendant COUNTY OF YUBA, Defendant ISMAEL RAMOS, Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. ("CFMG"), CHRISTINA BOETS, MFT, and Defendant TAYLOR FITHIAN, MD ("the Parties"), by and through their undersigned counsel of record, respectfully recite and stipulate as follows:

## RECITALS

1. This case involves the death of Tong Yang who died of suicide at the Yuba County Jail. The operative complaint in this case is the Third Amended Complaint. Plaintiffs filed the Third

Stip. & Order to Amend the Scheduling Order
*Yang, et al. v. County of Yuba, et al.*
Case No. 2:23-00066-TLN-JDP                1

Amended Complaint (TAC) on October 7, 2025. The Third Amended Complaint removed the Debtor Defendant Wellpath, LLC, pursuant to the bankruptcy court order, and substituted in a related entity called California Forensic Medical Group (CFMG), which was the contracting party that provided medical and mental health services at the Yuba County Jail during the times relevant to Plaintiff's complaint.

2.      The parties have diligently conducted discovery in this case, despite delays and challenges caused by the bankruptcy proceedings. This case was stayed as to the Debtor Defendant, Wellpath, from November 15, 2024 to May 1, 2025. As a practical matter, the bankruptcy proceedings effectively prevented any depositions from going forward because, without the participation and attendance of counsel for the Wellpath, LLC Defendants, the Wellpath Defendants would have had the ability to re-notice any deposition that was conducted while the bankruptcy stay was in effect. This would not only subject deponents and parties to a possible additional deposition, but it would pose needless costs on the parties and increase the attorney time. Consequently, no depositions were held while the bankruptcy stay was in effect.

3.      In March of this year, Plaintiff noticed the deposition of the individual defendants and County PMK witnesses under Fed. R. Civ. P. 30(b)(6). The parties met and conferred regarding the availability of deponents and counsel. In April, counsel for CFMG, Ms. Stark, informed the parties that a new attorney would be substituted for Defendant Taylor Fithian. The parties further met and conferred and agreed to suspend depositions until Mr. Fithian's new attorney entered the case.

4.      On May 4, 2026, this Court granted Mr. Fithian's request for substitution of attorney. (Dkt. 75.)

5.      The parties have sought one prior modification of the Scheduling Order. (Dkt. 64.)

6.      When an act must be done within a specified time, the Court may, for good cause, extend the time with or without motion if the court acts, or a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). With respect to an order setting forth the Court's pretrial schedule, "[t]he district court may modify the pretrial schedule 'if it cannot be reasonably met

Stip. & Order to Amend the Scheduling Order
*Yang, et al. v. County of Yuba, et al.*
Case No. 2:23-00066-TLN-JDP                    2

despite the diligence of the party seeking the amendment.'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

7.     The parties have diligently conducted discovery in this case, despite challenges caused by the bankruptcy proceedings, an addition of a new entity defendant (CFMG), and substitutions of counsel.

## **STIPULATION**

Based on the foregoing, the parties, by and through their undersigned counsel of record, respectfully request that the Court modify the Scheduling Order as follows:

| Case Event | Current Deadline (dkt. No. 66) | Proposed Amended Deadline |
|---|---|---|
| Fact discovery cut-off | June 5, 2026 | December 4, 2026 |
| Expert disclosures | August 7, 2026 | February 5, 2027 |
| Rebuttal expert disclosures | September 7, 2026 | March 5, 2027 |
| Expert discovery cut-off | October 9, 2026 | April 2, 2027 |
| Dispositive motion filing cut-off date | January 4, 2027 | July 5, 2027 |

IT IS SO STIPULATED AND AGREED.

Respectfully submitted,

DATED May 11, 2026

LAW OFFICE OF SANJAY S. SCHMIDT,
HELM LAW OFFICE, PC, and
GRACE JUN, ATTORNEY AT LAW

*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT
Attorneys for Plaintiffs

DATED May 11, 2026

PORTER SCOTT
A PROFESSIONAL CORPORATION

*By    /s/ Carl Fessenden\**
*Carl L. Fessenden*
*Matthew W. Gross*
*Attorneys for Defendants*
*County Of Yuba and Ismael Ramos*

DATED May 11, 2026                    GORDON REES SCULLY MANSUKHANI

                                      By   /s/ Kendra Stark*
                                      *Allison Becker*
                                      *Lindsey Romano*
                                      *Kendra Stark*
                                      *Attorneys for Defendants*
                                      *CFMG and Christina Boets MFT,*


DATED May 11, 2026                    BERTLING LAW GROUP

                                      By   /s/ Peter Bertling*
                                      *Peter Bertling*
                                      *Attorney for Defendant*
                                      *Taylor Fithian III, M.D.*


*Mr. Fessenden, Ms. Stark, and Mr. Bertling consented that this document be filed by CM/ECF.

Stip. & Order to Amend the Scheduling Order *Yang, et al. v. County of Yuba, et al.*
Case No. 2:23-00066-TLN-JDP                    4

## ORDER

The Court, having considered the parties' stipulation, and good cause appearing, hereby **GRANTS** the parties' joint request. The scheduling order is modified as follows:

| Case Event | Current Deadline (dkt. 66) | Amended Deadline |
|---|---|---|
| Fact discovery cut-off | June 5, 2026 | December 4, 2026 |
| Expert disclosures | August 7, 2026 | February 5, 2027 |
| Rebuttal expert disclosures | September 7, 2026 | March 5, 2027 |
| Expert discovery cut-off | October 9, 2026 | April 2, 2027 |
| Dispositive motion filing cut-off date | January 4, 2027 | July 5, 2027 |

**IT IS SO ORDERED.**

Dated: May 12 2026

_____
Troy L. Nunley
Chief United States District Judge